No. 3022. JIMÉNEZ ET AL., APELADOS, *v.* FIGUEROA, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo.

Desahucio. Resuelto en abril 10, 1923. Vista la moción de desistimiento de apelación presentada por el apelante, se deja sin efecto el señalamiento de la moción de la apelada sobre desestimación y se tiene por desistido a dicho apelante.